USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/19/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

ZOLTAN KRISKO,

                Plaintiff,

      -v-                         1:19-cv-9256-GHW

MARVAL ENTERTAINMENT, LLC, WARNER CHAPPELL MUSIC, INC., THE WALT DISNEY CO. FOX CORP., BUENA VISTA TELEVISION, LLC, UMG RECORDINGS INC., AMAZON.COM, INC., APPLE, INC., RONALD AARON WASSERMAN, SHUKI LEVI, HAIM SABAN,                       ORDER

                Defendants.

-----------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

     Plaintiff's application to adjourn the initial pre-trial conference currently scheduled for January 8, 2020 is granted. The initial pretrial conference is adjourned to February 20, 2020 at 3:00 p.m. The proposed case management plan and joint letter described in the Court's October 10, 2019 order are due no later than February 13, 2020.

     Plaintiff is directed to serve a copy of this order on Defendants and to retain proof of service.

     SO ORDERED.

Dated: December 19, 2019
New York, New York

                                            GREGORY H. WOODS
                                            United States District Judge