```
UNITED STATES DISTRICT COURT                              USDC SDNY
SOUTHERN DISTRICT OF NEW YORK                             DOCUMENT
-----------------------------------------------------X    ELECTRONICALLY FILED
  ZOLTAN KRISKO,                             :            DOC #: _____
                                             :            DATE FILED: 1/24/2020
                        Plaintiff,           :
              -v-                            :            1:19-cv-9256-GHW
                                             :
  MARVAL ENTERTAINMENT, LLC, WARNER          :            ORDER
  CHAPPELL MUSIC, INC., THE WALT             :
  DISNEY CO. FOX CORP., BUENA VISTA          :
  TELEVISION, LLC, UMG RECORDINGS INC.,:
  AMAZON.COM, INC., APPLE, INC., RONALD      :
  AARON WASSERMAN, SHUKI LEVI, HAIM          :
  SABAN,                                     :
                                             :
                        Defendants.          :
-----------------------------------------------------X
```

GREGORY H. WOODS, United States District Judge:

Defendants' Marvel Entertainment, LLC, Warner Chappell Music, Inc., The Walt Disney Company; Fox Corporation, Buena Vista Television, LLC, Amazon.com, Inc.; and Apple, Inc. application to adjourn the initial pre-trial conference currently scheduled for February 20, 2020 is granted. The initial pretrial conference is adjourned to March 24, 2020 at 1:00 p.m. The proposed case management plan and joint letter described in the Court's October 10, 2019 order are due no later than March 17, 2020.

Counsel for Defendant Wasserman will be permitted to participate in the initial pretrial conference telephonically.

Plaintiff is directed to serve a copy of this order on all defendants who are not represented by counsel in this action and to retain proof of service.

SO ORDERED.

Dated: January 24, 2020
New York, New York
                                              _____
                                                    GREGORY H. WOODS
                                                  United States District Judge