919 THIRD AVENUE NEW YORK, NY 10022-3908

JENNER&BLOCK LLP

February 11, 2020

Andrew H. Bart
Tel +1 212 891 1645
Fax +1 212 909 0805
ABart@jenner.com

VIA ECF

The Honorable Gregory H. Woods
United States District Judge
United States District Court, Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 2260
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/11/2020

**MEMORANDUM ENDORSED**

Re: *Krisko v. Marvel Entertainment, LLC, et al.*, No. 19 Civ. 9256 (GHW)

Dear Judge Woods:

We represent Defendants Marvel Entertainment, LLC; Warner Chappell Music, Inc.; The Walt Disney Company; Fox Corporation; Buena Vista Television, LLC; Amazon.com, Inc.; and Apple Inc. in the above-captioned matter.

We write pursuant to Rule 1(E) of Your Honor's Individual Rules of Practice in Civil Cases to respectfully request an adjournment of the pre-motion conference that the Court recently scheduled for February 14, 2020, at 11:00 a.m., Doc. 43. All parties consent to this request. There have been no previous requests for an adjournment of this conference.

We request the adjournment because on Friday evening I was ordered to appear in federal court in Austin, Texas, for a final pretrial conference on February 14 in advance of a trial commencing on February 24. Unfortunately, the timing of that conference directly conflicts with the time set by this Court.

We have conferred with counsel for all parties, and all are available to attend the conference at the following times if these times are convenient to the Court:

- February 18, from 4:00 p.m. to 5:00 p.m.
- February 19, from 12:00 p.m. to 3:00 p.m.

We appreciate the Court's time and attention to this matter.

Respectfully submitted,

/s/ Andrew H. Bart

Andrew H. Bart

---

Application granted. The pre-motion conference scheduled for February 14, 2020 is adjourned to February 19, 2020 at 1:00 p.m. The parties are directed to call Chambers (212-805-0296) at that time with all parties on the line. Plaintiff is directed to serve a copy of this order on all Defendants not represented by counsel and to retain proof of service.

SO ORDERED.

Dated: February 11, 2020
New York, New York

_____
GREGORY H. WOODS
United States District Judge