UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ZOLTAN KRISKO,<br><br>  Plaintiff,<br><br>v.<br><br>MARVEL ENTERTAINMENT, LLC, *a Delaware limited liability company*; WARNER CHAPPELL MUSIC, INC., *a Delaware corporation*; THE WALT DISNEY COMPANY, *a Delaware corporation*; FOX CORPORATION, *a Delaware corporation*; BUENA VISTA TELEVISION, LLC, *a California limited liability company*; NBCUNIVERSAL MEDIA, LLC, *a Delaware limited liability company*; AMAZON.COM, INC., *a Delaware corporation*; APPLE INC., *a California corporation*; RONALD AARON WASSERMAN; SHUKI LEVY; and HAIM SABAN,<br><br>  Defendants. | No. 19 Civ. 9256 (GHW)<br><br>**DEFENDANTS MARVEL ENTERTAINMENT, LLC; WARNER CHAPPELL MUSIC, INC.; THE WALT DISNEY COMPANY; FOX CORPORATION; BUENA VISTA TELEVISION, LLC; NBCUNIVERSAL MEDIA, LLC; AMAZON.COM, INC.; AND APPLE INC.'S DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1** |

  Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel of record for Defendants Marvel Entertainment, LLC; Warner Chappell Music, Inc.; The Walt Disney Company; Fox Corporation; Buena Vista Television, LLC; NBCUniversal Media, LLC; Amazon.com, Inc.; and Apple Inc. hereby certifies that:

(1) Marvel Entertainment, LLC is a wholly owned indirect subsidiary of Disney Enterprises, Inc., which is a wholly owned subsidiary of The Walt Disney Company, which is a publicly traded company, and no publicly held corporation directly owns ten percent or more of Marvel Entertainment, LLC stock;

(2) Warner Chappell Music, Inc. is a wholly owned indirect subsidiary of Warner Music Group Corp., which is a publicly traded company with more than ten percent of its stock owned by AI Entertainment Holdings LLC and certain of its affiliates, which are not publicly traded companies;

(3) The Walt Disney Company is a publicly traded company and knows of no publicly held corporation that owns ten percent or more of its stock;

(4) Fox Corporation is a publicly traded company and knows of no other publicly held corporation that owns ten percent or more of its stock;

(5) Buena Vista Television, LLC is a wholly owned indirect subsidiary of The Walt Disney Company, which is a publicly traded company;

(6) NBCUniversal Media, LLC is an indirect subsidiary of Comcast Corporation, which is a publicly traded company, and no other publicly held corporation owns ten percent or more of the equity of NBCUniversal Media, LLC;

(7) Amazon.com, Inc. does not have a parent corporation and knows of no publicly held corporation that owns ten percent or more of its stock; and

(8) Apple Inc. does not have a parent corporation and knows of no publicly held corporation that owns ten percent or more of its issued and outstanding common stock.

Respectfully submitted,

JENNER & BLOCK LLP

By: /s/ Andrew H. Bart
Andrew H. Bart
919 Third Avenue
New York, NY 10022
+1 212 891 1600
ABart@jenner.com
*Counsel for Defendants Marvel Entertainment, LLC; Warner Chappell Music, Inc.; The Walt Disney Company; Fox Corporation; Buena Vista Television, LLC; NBCUniversal Media, LLC; Amazon.com, Inc.; and Apple Inc.*

Dated: June 29, 2020